GEORGE OGLE, as Administrator of the Estate of JOHN OGLE, Deceased, Respondent, *v.* CHARLES M. ROSENTHAL, Appellant.

*Ogle v. Rosenthal*, 188 App. Div. 882, affirmed.

(Argued December 1, 1919; decided January 6, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The intestate, a boy nine years of age, while crossing Amsterdam avenue between One Hundred and Twenty-eighth and One Hundred and Twenty-ninth streets in the city of New York was struck by defendant's automobile and killed.

*Theodore H. Lord* and *Fred H. Rees* for appellant.

*Nathan D. Stern* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.